UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　　　Judgment Creditor,<br>　　v.<br>YASSER JODEH,<br>　　　　　　Judgment Debtor. | 15 CR 00830-03 (AKH)<br><br>STIPULATION AND<br>ORDER FOR VOLUNTARY<br>ASSIGNMENT OF EARNINGS |

WHEREAS, on June 28, 2017, the United States of America obtained a judgment against the judgment debtor, YASSER JODEH, in the amount of $335,497.00, for which the outstanding balance, including accrued interest, is $352,480.84, and the parties have agreed to voluntary automatic deduction of 15% per pay period from YASSER JODEH's gross compensation to pay the judgment,

IT IS HEREBY STIPULATED AND AGREED that YASSER JODEH's current employer or third-party compensation provider, and each additional or subsequent employer or third-party compensation provider who receives notice of this Stipulation and Order from any of the undersigned, shall withhold 15% of YASSER JODEH's gross compensation per pay period until further notice and pay such withholdings to "Clerk of Court" at United States District Court, 500 Pearl Street, New York, New York 10007, Attn: Cashier for YASSER JODEH, 15 CR 00830-03.

Dated: June 17, 2025
　　　　New York, New York

_____
YASSER JODEH
*Judgment Debtor*

JAY CLAYTON
United States Attorney

_____
MELISSA CHILDS
Assistant United States Attorney
86 Chambers Street
New York, New York 10007
Telephone No.: (212) 637-2711

SO ORDERED: 6-18-25
_____
UNITED STATES DISTRICT JUDGE